WATFORD, Circuit Judge,
concurring:
I agree that Hernandez-Arias was properly removed in 2010 as “[a]n alien present in the United States without being admitted or paroled.” 8 U.S.C. § 1182(a)(6)(A)(i). The statutory phrase “present in the United States without being admitted or paroled” describes a status, one that Hernandez-Arias held after entering the country without inspection. Even if Hernandez-Arias lost that status when he obtained lawful temporary residence, he regained that status when his lawful temporary residence was terminated. If there were any doubt on that score, the governing regulation resolves it. The regulation states that termination of lawful temporary residence “shall act to return such alien to the unlawful status held prior to the adjustment,” 8 C.F.R. § 245a.2(u)(4), which in Hernandez-Arias’ case was that of an alien “present in the United States without being admitted or paroled.” I don’t think we need to say anything beyond that to resolve this issue.
I join the court’s opinion with respect to all other issues.